FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 23 2011

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Luis Enrique Lopez, DEFENDANT(S). | CASE NUMBER SA 11 - 590M - 2 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for _Monday, Nov. 28_, _2011_, at _2_ ☐ a.m. / ☒ p.m. before the Honorable _Jean Rosenbluth_, in Courtroom _6A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or ___N/A___ and produced for the hearing.
(Other custodial officer)

Dated: _11/23/11_

_Jean Rosenbluth_
U.S. District Judge/Magistrate Judge